AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

OHND Case No. 1:24 MJ 4123

**FILED**
9:55 am Aug 19 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:23-cr-17(7) |
| SUMMER D. WOOD | ) | |
| 11520058 | ) | |
| 2487-1020-0068-B | ) | |
| *Defendant* | | |

RECEIVED
By PTaylor at 4:00 pm, Oct 20, 2023

## BENCH WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SUMMER D. WOOD,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Defendant has violated the court's September 19, 2023 order after leaving treatment at the Mountaineer Recovery treatment program and failing to self-surrender to the US Marshals Service. In accordance with that order, she is to be immediately arrested and detained by the US Marshals Service.

Date: 10/20/2023

*Issuing officer's signature*

City and state: Wheeling, WV

JOHN PRESTON BAILEY, US DISTRICT JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/20/2023, and the person was arrested on *(date)* 08/19/2024
at *(city and state)* CLEVELAND, OH.

Date: 08/19/2024

*Arresting officer's signature* #32239

For: DUSM Simpson
*Printed name and title*